JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA HILL, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MANOLO BLAHNIK USA, LTD., a New York Company, and Does 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 18-9367-GW(AGRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1

Having reviewed and considered the Stipulation of Dismissal submitted by Plaintiff Pamela Hill and Defendant Manolo Blahnik USA, Ltd.:

IT IS HEREBY ORDERED that the above referenced action is dismissed with prejudice. Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs.

**IT IS SO ORDERED**:

DATED: December 21, 2018

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE